# EXHIBIT 1

# EXHIBIT 1

**reviewjournal**.com



Powered by  **Clickability**

⌨ Click to Print |

SAVE THIS | EMAIL THIS | Close

Aug. 04, 2010
Copyright © Las Vegas Review-Journal

**Change sought for concealed weapons permits**

By BENJAMIN SPILLMAN
LAS VEGAS REVIEW-JOURNAL

A Nevada lawmaker wants to make it harder for the public to determine who is packing heat.

Assemblyman Don Gustavson, R-Sparks, asked the Legislative Counsel Bureau to draft a bill for the 2011 legislative session that would make personal information related to concealed carry permits confidential.

"When a permit holder goes down and gets a concealed weapons permit, they are led to believe any information they gave is confidential," Gustavson said. "If all that info gets out there, people can just find out who has the guns and go to your house and take the guns."

The request stems from a July 1 opinion by the state Supreme Court in a case between the Reno Gazette-Journal and Washoe County Sheriff Mike Haley.

The newspaper sought records related to the concealed carry permit issued to Gov. Jim Gibbons to confirm whether it had been suspended or revoked.

Haley wouldn't release the records, reasoning that since state law maintains information on concealed carry permit applications is private, information on the actual permit and subsequent actions could be considered private as well.

The court ruled certain information on the permits is public record and subject to disclosure, prompting Gustavson to make the bill draft request.

In its unanimous opinion, the court distinguished between information on the permit application, which state law says is confidential, and information on the permit and related actions, such as suspension or revocation.

Because the statute "is silent concerning the confidentiality of post-permit investigation, suspension, or revocation records, we must conclude that such records are open to public inspection unless they contain information that is expressly declared confidential by statute," the

opinion stated.

"The intent of the law, I believe, was to keep all that information confidential," said Gustavson, who is running for the seat being vacated by state Sen. Maurice Washington, R-Sparks.

Democratic candidate for governor Rory Reid would support such a bill, spokesman Mike Trask said.

Republican candidate Brian Sandoval didn't take a stance on Gustavson's proposal. Sandoval spokeswoman Mary-Sarah Kinner said he would need to see the entire bill before deciding.

---

Find this article at:
http://www.lvrj.com/news/change-sought-for-concealed-weapons-permits-99923949.html?ref=949

 Click to Print

SAVE THIS   EMAIL THIS   Close

☐   Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

Case 2:10-cv-01771-LDG-PAL   Document 1-1   Filed 10/12/10   Page 5 of 11

Women & Guns :: View topic - Nevada: CCW permits non-confidential?          Page 1 of 2

# Women & Guns

The first publication for women and firearms

[?] FAQ   [Q] Search   [≡] Memberlist   [≡] Usergroups   [✓] Register
[≡] Profile   [≡] Log in to check your private messages   [≡] Log in

Youtube Niche Video Script
Only for
$5

Youtube Niche Video Script creates a niche video
site from list of keywords you provide.

## Nevada: CCW permits non-confidential?

 newtopic    postreply      **Women & Guns Forum Index -> Politics**

| | |
|---|---|
| | View previous topic :: View next topic |
| **Author** | **Message** |
| **gdcleanfun** | 🗋 Posted: Thu Aug 05, 2010 10:43 am   Post subject: Nevada: CCW permits non-confidential?  quote |



Joined: 22 Jan 2010
Posts: 196
Location: Not Las Vegas,
Nevada

Change sought for concealed weapons permits

By BENJAMIN SPILLMAN
LAS VEGAS REVIEW-JOURNAL
Aug. 04, 2010

A Nevada lawmaker wants to make it harder for the public to determine who is packing heat.

Assemblyman Don Gustavson, R-Sparks, asked the Legislative Counsel Bureau to draft a bill for the 2011 legislative session that would make personal information related to concealed carry permits confidential.

"When a permit holder goes down and gets a concealed weapons permit, they are led to believe any information they gave is confidential," Gustavson said. "If all that info gets out there, people can just find out who has the guns and go to your house and take the guns."

The request stems from a July 1 opinion by the state Supreme Court in a case between the Reno Gazette-Journal and Washoe County Sheriff Mike Haley.

The newspaper sought records related to the concealed carry permit issued to Gov. Jim Gibbons to confirm whether it had been suspended or revoked.

Haley wouldn't release the records, reasoning that since state law maintains information on concealed carry permit applications is private, information on the actual permit and subsequent actions could be considered private as well.

The court ruled certain information on the permits is public record and subject to disclosure, prompting Gustavson to make the bill draft request.

Case 2:10-cv-01771-LDG-PAL   Document 1-1   Filed 10/12/10   Page 6 of 11

Women & Guns :: View topic - Nevada: CCW permits non-confidential?      Page 2 of 2

In its unanimous opinion, the court distinguished between information on the permit application, which state law says is confidential, and information on the permit and related actions, such as suspension or revocation.

Because the statute "is silent concerning the confidentiality of post-permit investigation, suspension, or revocation records, we must conclude that such records are open to public inspection unless they contain information that is expressly declared confidential by statute," the opinion stated.

"The intent of the law, I believe, was to keep all that information confidential," said Gustavson, who is running for the seat being vacated by state Sen. Maurice Washington, R-Sparks.

Democratic candidate for governor Rory Reid would support such a bill, spokesman Mike Trask said.

Republican candidate Brian Sandoval didn't take a stance on Gustavson's proposal. Sandoval spokeswoman Mary-Sarah Kinner said he would need to see the entire bill before deciding.

http://www.lvrj.com/news/change-sought-for-concealed-weapons-permits-99923949.html?ref=949

Protect your 2A rights, or lose all your other rights.

Southern Comfort = Pistols and Quilts

**Back to top**   

Display posts from previous: [All Posts ▾] [Oldest First ▾] [Go]

[newtopic] [postreply]   **Women & Guns Forum Index -> Politics**      All times are GMT - 5 Hours

**Page 1 of 1**

Jump to: [Politics ▾] [Go]

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Powered by phpBB © phpBB Group. Hosted by phpBB.BizHat.com

For Support - http://forums.BizHat.com

Free Web Hosting | Free Forum Hosting | Photo Gallery | Free Matrimonial

Powered by PhpBBweb.com, setup your forum now!

# EXHIBIT 3

# EXHIBIT 3

# *-APPLICATION-*

## Title
**Title of Work:** Change sought for concealed weapons permits

## Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** August 4, 2010          **Nation of 1st Publication:** United States

## Author
**Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com          **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV 89129-7701 United States

## Certification

**Name:**   Steven A. Gibson

**Date:**   October 6, 2010

**Applicant's Tracking Number:**   0002092

**Registration #:**

**Service Request #:**   1-498243788

**Application Date:**   10-06-2010 19:47:04

## Correspondent

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States